IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,**<br>    Plaintiff<br><br>         v.<br><br>**KARNS PRIME AND FANCY FOOD LTD, et al.,**<br>    Defendants | :<br>:<br>:<br>:  No. 1:21-cv-00741<br>:<br>:  (Judge Kane)<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, on this 16th day of July 2021, upon consideration of: (1) the motions to dismiss filed by Defendants Karns Prime and Fancy Food LTD and Fry Communications, Inc. ("Defendants") (Doc. Nos. 14, 25); (2) Plaintiff's notice of appeal in the related action, Adlife Marketing & Communications Company, Inc. v. Karns Prime and Fancy Food LTD et al., 1:19-cv-01638-YK ("Adlife I"), docketed at Doc. No. 86, 1:19-cv-01638; (3) and the parties' responses (Doc. Nos. 19, 21, 22) to the Court's Order of June 4, 2021, in which the Court directed the parties to show cause why the above-captioned action should not be stayed pending the outcome of Plaintiff's appeal in Adlife I (Doc. No. 17), **IT IS ORDERED THAT** the above-captioned action is **STAYED** pending the outcome of Plaintiff's appeal.[1]

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania

---

[1] In response to the Court's Order to show cause, Defendants agree that a stay is warranted in light of the relationship between the above-captioned action and Adlife I and the fact that Defendants assert claim preclusion as the basis for their motions to dismiss. (Doc. Nos. 19, 21.) Plaintiff does not agree to a stay. (Doc. No. 22.) However, the Court nonetheless finds that, in the interest of judicial economy, it is appropriate to stay the above-captioned action.