# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> KARNS PRIME AND FANCY FOOD LTD. AND FRY COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO.: 1:21-cv-00741-JEJ <br><br> **STIPULATION OF DISMISSAL** |

Plaintiff ADLIFE MARKETING & COMMUNICATIONS CO., INC. and Defendants KARNS PRIME AND FANCY FOOD LTD. AND FRY COMMUNICATIONS, INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: January 23, 2023                                    Respectfully submitted,

*/s/Joseph A. Dunne*                                         */s/ Gregory S. Hirtzel*
JOSEPH A. DUNNE                                          GREGORY S. HIRTZEL
joseph.dunne@sriplaw.com                          ghirtzel@fhmslaw.com

**SRIPLAW**                                                        **FOWLER, HIRTZEL, MCNULTY &**
175 Pearl Street                                               **SPAULDING, LLP - PHILADELPHIA**
3rd Floor                                                            Three Logan Square
Brooklyn, NY 11201                                        1717 Arch Street, Suite 1310
929.200.8446 – Telephone                           Philadelphia, PA 19103
561.404.4353 – Facsimile                             (717) 553-2601 - Telephone
                                                                          (215) 987-2269 - Facsimile
*Attorney for Plaintiff Adlife Marketing &
Communications Co., Inc.*                              *Counsel for Defendants Karns Prime and
                                                                          Fancy Food Ltd.*

*/s/ Craig W. Hillwig*
CRAIG W. HILLWIG
chillwig@kohnswift.com

KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700 - telephone
(215) 238-1968 - facsimile

*Counsel for Defendant*
*Fry Communications, Inc.*